AO 450 (Rev. 01/09) Judgment in a Civil Action

**FILED**

MAY 2 4 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                                    DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Christopher Rick Montez )<br>*Plaintiff* )<br>v.                    )<br>Federal Bureau of Investigation )<br>*Defendant* ) | Civil Action No. SA-21-CV-398-XR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ **other**: The Court finds that Plaintiff's Complaint does not state a specific cause of action against the Defendant (FBI). The Court Accepts the Magistrate Judge's Report & Recommendation and DISMISSES WITHOUT PREJUDICE Plaintiff's Complaint. The Court directs the Court Clerk to enter this Judgment and CLOSE this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Xavier Rodriguez

Date:  05/24/2021

CLERK OF COURT

_Wayne Garcia_
*Signature of Clerk or Deputy Clerk*